RECEIVED
NOV 4 2003
U.S. DISTRICT COURT
HARTFORD, CONN.

# Unlimited Repossessions, LLC
### IF YOU THINK NO ONE CARES --- MISS A COUPLE OF LOAN PAYMENTS

| | |
|---|---|
| P.O. Box 172<br>Cheshire, Connecticut 06704<br>203-272-8666<br>203-272-8662 Fax<br>debbie@unlimitedrepossessions.com<br>dave@unlimitedrepossessions.com<br>www.unlimitedrepossessions.com | Office Locations:<br>Maine<br>New Hampshire<br>Vermont<br>Massachusetts<br>Connecticut<br>Rhode Island<br>New York |

United States District Court
District of Connecticut
East Courtroom                                Civil: 03:03CV576
450 Main Street
Hartford, Connecticut

November 3, 2003

This letter is in response to the court papers that we have received in the matter of Maritza Vargas v. Unlimited Repossessions, LLC. Since this case was files we, Unlimited Repossession, LLC have been lead to believe by Source One Financial Corporation that this matter was being handled on our behalf. Recently they, Source One, have gone through some upper management changes. We last contacted Source One approximately a week and a half ago and were advised by there owner that he was told by his attorney that the case was settled, He, the owner of Source One, thought that this was for Unlimited as well. It has become apparent that this is not the case. We, Unlimited Repossessions, have been trying to locate an attorney to handle our case on some type of payment plan since we are not a large company. There is no cash on hand to retain an attorney and we have even tried contacting Connecticut Legal Services etc.

At this point we are requesting an extension of time so that we may continue to locate an attorney. We believe that we are not at fault in this matter because of the following:

We have an Authorization to Repossess from the finance company.

We have a copy of the title showing that there is a lien by this finance company.

We were contacted by the finance company and told to go to the address immediately because the debtor was there and repossess the vehicle.

We hold a hold harmless from the finance company.

---

The Clerk of the court shall docket this letter. Construing the letter as defendant's motion to continue the damages hearing scheduled for 11/5/03, the motion is GRANTED. The damages hearing shall be held before the undersigned on December 5, 2003 at 10:00 a.m.  SO ORDERED.

Donna F. Martinez, U.S.M.J.