CT/cvmhrg (January 10, 2002)

HONORABLE **D.F. Martinez**
DEPUTY CLERK **R.K. Wood**    (RPTR)/ERO/TAPE **I. Sanchez**

TOTAL TIME: ___ hours **13** minutes

DATE **12/11/03**    START TIME **2:35 p.m.**    END TIME **2:48 p.m.**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Vargas**

CIVIL NO. **3:03CV576 (RNC)**

vs.

**J. Faulkner**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Unlimited Repossessions**

_____
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☑ (mischrg.) Miscellaneous Hearing **(Damages hrg.)**
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

- # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
- # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
- # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
- # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
- # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
- # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
- # ___ Motion _____ ☐ granted ☐ denied ☐ advisement
- Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
- ☑ **Letter from David Santone, Sr.**  ☑ filed ☐ docketed
- _____ ☐ filed ☐ docketed
- _____ ☐ filed ☐ docketed
- _____ ☐ filed ☐ docketed
- _____ ☐ filed ☐ docketed
- _____ ☐ filed ☐ docketed
- _____ ☐ filed ☐ docketed
- _____ ☐ filed ☐ docketed
- _____ ☐ filed ☐ docketed
- _____ ☐ filed ☐ docketed
- _____ Hearing continued until _____ at _____

☑ **DFM reserves decision on the issue of damages.**