# Unlimited Repossessions, LLC
## IF YOU THINK NO ONE CARES --- MISS A COUPLE OF LOAN PAYMENTS

P.O. Box 172
Cheshire, Connecticut 06704
203-272-8666
203-272-8662 Fax
debbie@unlimitedrepossessions.com
dave@unlimitedrepossessions.com
www.unlimitedrepossessions.com

Office Locations:
Maine
New Hampshire
Vermont
Massachusetts
Connecticut
Rhode Island
New York

United States District Court
District of Connecticut
East Courtroom
450 Main Street
Hartford, CT

Civil: 03:03CV576

December 09, 2003

We are requesting one last continuance in this matter. We have yet to locate an attorney due to funds. We have contacted over 25 Attorneys and none will accept payment plans. We have sent a letter to Attorney Faulkner in an attempt to setup a meeting to talk to her about this matter.

Please grant us this last continuance so that we can settle this matter.

Sincerely

David A. Santone, Sr.
Debra A. Rosa
Unlimited Repossessions, LLC

*[Handwritten annotation in margin: "The Clerk of the Court shall docket this letter. SO ORDERED. 12/11/03. /s/ Robert N. Chatigny, USDJ"]*

*[Stamp: FILED DEC 11 P 3:21 DISTRICT COURT HARTFORD CT]*