UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARITZA VARGAS : | |
| : | |
| : | |
| v. : | CASE NO. 3:03CV576 (RNC) |
| : | |
| UNLIMITED REPOSSESSIONS LLC : | |

PARTIAL DEFAULT JUDGMENT

The defendant having failed to appear, plead or otherwise defend in this action and the court having granted the plaintiff's motion for default judgment as to liability only on July 23, 2003 and, this matter has been referred to the Honorable Donna F. Martinez, United States Magistrate Judge, to conduct a hearing on damages and attorneys fees.

It is hereby, ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff.

Dated at Hartford, Connecticut, this 7th day of October 2004.

KEVIN F. ROWE, Clerk

By _____/s/lik_____
Linda I. Kunofsky
Deputy Clerk