**March 3, 2008.** After review and absent objection, the Magistrate Judge's recommended ruling is hereby approved and adopted. So ordered.

Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARITZA VARGAS,                :
       Plaintiff,              :
                               :
v.                             :   CASE NO. 3:03CV576(RNC)
                               :
UNLIMITED REPOSSESSIONS, LLC,  :
       Defendant.              :

RECOMMENDED RULING AFTER HEARING ON DAMAGES

On March 31, 2003, the plaintiff, Maritza Vargas, commenced this action against the defendant, Unlimited Repossessions, LLC, alleging violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. and the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a.

I.   Procedural History

The defendant did not file an appearance or answer the complaint. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of the Court granted the plaintiff's motion for default. (Doc. #5.) Thereafter, the court (Chatigny, C.J.) granted the plaintiff's motion for default judgment as to liability only. (Doc. #6.) The court referred the case to the undersigned for a hearing on damages. (Doc. ##6, 8.)

The undersigned conducted a hearing on damages. (Doc. #16.) The defendant did not appear.[1] The following is the court's

---

[1] Both the court and the plaintiff's counsel provided notice to the defendant of the hearing. See doc. #16 at 5-6, pl's ex. 2.