UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARITZA VARGAS, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:03CV576(RNC) |
| UNLIMITED REPOSSESSIONS LLC, | : |
| Defendant. | : |

## FINAL JUDGMENT

The defendant having failed to appear, plead or otherwise defend in this action and the court having granted the plaintiff's motion for default judgment as to liability only on July 23, 2003, and this matter having been referred to the Honorable Donna F. Martinez, United States Magistrate Judge, to conduct a hearing on damages; and

The Honorable Donna F. Martinez, United States Magistrate Judge, having conducted a hearing on December 11, 2003, and having considered the full record of the case including applicable principles of law, and having issued a Recommended Ruling awarding damages, and the Honorable Robert N. Chatigny, United States District Judge having approved and adopted the Recommended Ruling absent objection on March 4, 2008, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff and against defendant in the total amount of $5,503.80, representing $1,000.00 in statutory damages, $2,500.00 in punitive damages, attorney's fees of $1,800.00 and costs of $203.80.

Dated at Hartford, Connecticut, this 5th day of March, 2008.

                                          ROBERTA D. TABORA, Clerk


                              By_____/s/_____
                                    Jo-Ann Walker
                                    Deputy Clerk